GEORGE W. NOWELL (SBN: 83868)
JOHN H. CIGAVIC III (SBN: 231806)
LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone: (415) 362-1333
Facsimile: (415) 362-1344

Attorneys for Defendants:
HEI NGUYEN dba PENINSULA DIESEL,
A.K.A PENINSULA DIESEL ENGINE;
PENINSULA DIESEL, A.K.A. PENINSULA
DIESEL ENGINE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| ERIK SHOGREN, DAVID SHOGREN and DENISE SHOGREN, as Trustees of the SHOGREN LIVING TRUST dated February 2003; SHOGREN LIVING TRUST, a California Trust<br><br>Plaintiff,<br><br>v.<br><br>HEI NGUYEN dba PENINSULA DIESEL, A.K.A PENINSULA DIESEL ENGINE; PENINSULA DIESEL, A.K.A. PENINSULA DIESEL ENGINE<br><br>Defendant. | CASE NO.: C 06 2425 SC<br><br>**STIPULATION AND REQUEST FOR ORDER EXTENDING DEFENDANTS' TIME TO ANSWER PLAINTIFFS' COMPLAINT BY 14 DAYS** |

//
//
//
//
//
//
//

1

1  COME NOW PLAINTIFFS ERIK SHOGREN, DAVID SHOGREN and DENISE
2  SHOGREN, as Trustees of the SHOGREN LIVING TRUST dated February 2003; SHOGREN
3  LIVING TRUST, a California Trust (hereinafter "Plaintiffs") and DEFENDANTS HAI
4  NGUYEN dba PENINSULA DIESEL, A.K.A PENINSULA DIESEL ENGINE; PENINSULA
5  DIESEL, A.K.A. PENINSULA DIESEL ENGINE, erroneously sued as HEI NGUYEN dba
6  PENINSULA DIESEL, A.K.A PENINSULA DIESEL ENGINE; PENINSULA DIESEL,
7  A.K.A. PENINSULA DIESEL ENGINE (hereinafter "Defendants") and file this "Stipulation
8  and Request for Order Extending Defendants' Time to Answer Plaintiffs' Complaint by 14 Days"
9  pursuant to Civil L.R. 6-2 and 7-12.

10  Plaintiffs and Defendants do hereby stipulate to a fourteen (14) day extension of
11  Defendants' time to answer Plaintiffs' complaint to 30 June 2006 from the date previously
12  stipulated to as the date for Defendants to answer the complaint: 16 June 2006.

13  Plaintiffs and Defendants declare (1) Defendants request this extension of time to enable
14  the parties to hold an early meeting to discuss the possibilities of settlement and/or narrowing the
15  issues involved in this case; (2) there has been one previous time modification in this case by
16  stipulation of the parties stipulating to a 30 day extension of Defendants' time to answer the
17  complaint from 16 May 2006 to 16 June 2006; and (3) the requested time modification may
18  effect the Court scheduled Initial Case Management Conference date of 7 July 2006.

19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28

2

**STIPULATION AND REQUEST FOR ORDER EXTENDING DEFENDANTS' TIME TO ANSWER PLAINTIFFS' COMPLAINT BY 14 DAYS (C 06 2425 SC)**

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

P0608.2006-1634

1  Pursuant to the above stipulation Plaintiffs and Defendants hereby request this Court
2  order that (1) Defendants' answer to Plaintiffs' complaint is due on or before 30 June 2006 and
3  (2) further request this Court order that the scheduled Initial Case Management Conference date
4  of 7 July 2006 be continued by 30 days or rescheduled to a time that is convenient for the Court
5  with all other deadlines continued accordingly pursuant this Court's Order Setting Initial Case
6  Management Conference and ADR Deadlines.

7  Dated: 8 June 2006                          LAW OFFICES OF GEORGE W. NOWELL
8
9                                              By: _____
                                                    JOHN H. CIGAVIC III
10                                                  Attorneys for Defendants
                                                    HEI NGUYEN dba PENINSULA DIESEL, A.K.A
11                                                  PENINSULA DIESEL ENGINE; PENINSULA
                                                    DIESEL, A.K.A. PENINSULA DIESEL ENGINE
12
13  Dated: 8 June 2006                          BIRNBERG & ASSOCIATES
14
                                                By: _____
15                                                  CORY A. BIRNBERG
16                                                  Attorneys for Plaintiffs
                                                    ERIK SHOGREN, DAVID SHOGREN and
17                                                  DENISE SHOGREN, as Trustees of the SHOGREN
                                                    LIVING TRUST dated February 2003; SHOGREN
18                                                  LIVING TRUST, a California Trust
19  _____
20  GOOD CAUSE APPEARING IN THIS STIPULATION AND REQUEST IT IS
21  ORDERED that (1) Defendants' answer to Plaintiffs' complaint shall be filed on or before 30
22  June 2006 and (2) the Initial Case Management Conference date of 7 July 2006 is continued 30
23  days with all other deadlines continued accordingly pursuant this Court's Order Setting Initial
24  Case Management Conference and ADR Deadlines.
25  PURSUANT TO STIPULATION, IT IS SO ORDERED:
26  Dated: 6/13/06 , 2006
27                                              _____
                                                Hon. Samuel Conti
28                                              Senior Judge
                                                Northern District of California

*IT IS SO ORDERED — Judge Samuel Conti — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

3

**STIPULATION AND REQUEST FOR ORDER EXTENDING DEFENDANTS' TIME TO ANSWER PLAINTIFFS' COMPLAINT BY 14 DAYS (C 06 2425 SC)**

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1950
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344
P0608.2006-1634