| | |
|---|---|
| 1 | **BIRNBERG & ASSOCIATES** |
|  | **Cory A. Birnberg, Esq. (SBN 105468)** |
| 2 | **Joseph Salama, Esq. (SBN 212225)** |
|  | 703 Market St. # 600 |
| 3 | San Francisco, California 94103 |
| 4 | Telephone Number: (415) 398-1040 |
|  | Facsimile Number: (415) 398-2001 |
| 5 | |
|  | **Attorneys for Plaintiffs** |
| 6 | **ERIK SHOGREN, DAVID SHOGREN and DENISE SHOGREN, as Trustees of the** |
|  | **SHOGREN LIVING TRUST dated February 2003; SHOGREN LIVING TRUST, a** |
| 7 | **California Trust** |
| 8 | **GEORGE W. NOWELL (SBN: 83868)** |
|  | **JOHN H. CIGAVIC III (SBN: 231806)** |
| 9 | **LAW OFFICES OF GEORGE W. NOWELL** |
|  | 120 Montgomery Street, Suite 1990 |
| 10 | San Francisco, CA 94104 |
| 11 | Telephone: (415) 362-1333 |
|  | Facsimile: (415) 362-1344 |
| 12 | |
|  | **Attorneys for Defendants:** |
| 13 | **HAI NGUYEN dba PENINSULA DIESEL,** |
|  | **A.K.A PENINSULA DIESEL ENGINE;** |
| 14 | **PENINSULA DIESEL, A.K.A. PENINSULA** |
| 15 | **DIESEL ENGINE** |

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ERIK SHOGREN, DAVID SHOGREN and DENISE SHOGREN, as Trustees of the SHOGREN LIVING TRUST dated February 2003; SHOGREN LIVING TRUST, a California Trust, | ) ) ) ) ) ) | **Case No. 06-CV-02425-SC** |
| Plaintiffs, | ) ) | **DECLARATION OF JOSEPH SALAMA AFTER HEARING AND ~~PROPOSED~~ ORDER** |
| v. | ) ) | |
| HEI NGUYEN dba PENINSULA DIESEL, A.K.A. PENINSULA DIESEL ENGINE; PENINSULA DIESEL, A.K.A. PENINSULA DIESEL ENGINE | ) ) ) ) ) | |
| Defendants. | ) | |

I, JOSEPH SALAMA, declare as follows:

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

1. I am an attorney at law duly licensed to practice in the state of California, and before all federal district courts in the State of California. I make this declaration upon my own personal knowledge as to those facts stated upon information and belief, believe them to be true.

2. Today at the case management conference in the above-encaptioned matter, I permitted the Court to set a date for a non-jury trial. This was an error. I did not intend to waive Plaintiffs' right to a jury trial, as demanded in the complaint for damages filed herein. I apologize to the Court and to opposing counsel for any confusion or inconvenience my actions may have caused.

3. Plaintiffs hereby reiterate their demand for a jury trial as set forth in the complaint.

I declare under penalty of perjury the foregoing is true under the laws of the United States. Executed this 25th day of August 2006 at San Francisco, California.

BIRNBERG & ASSOCIATES

By: __/s/ Joseph Salama____
Joseph Salama
Attorneys for Plaintiffs

**ORDER**

The Court recognizes that Plaintiffs have not waived their right to demand a jury trial. The trial date remains on calendar for May 21, 2007.

SO APPROVED,

DATED: 9/5/06

Hon. Sam
United Sta

*APPROVED — Judge Samuel Conti*

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

DECLARATION AFTER HEARING AND PROPOSED ORDER    06-CV-02425-SC
2