**BIRNBERG & ASSOCIATES**
Cory A. Birnberg, Esq. (SBN 105468)
Joseph Salama, Esq. (SBN 212225)
703 Market St. # 600
San Francisco, California 94103
Telephone Number: (415) 398-1040
Facsimile Number: (415) 398-2001

Attorneys for Plaintiffs
ERIK SHOGREN, DAVID SHOGREN and DENISE SHOGREN, as Trustees of the SHOGREN LIVING TRUST dated February 2003; SHOGREN LIVING TRUST, a California Trust

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK SHOGREN, DAVID SHOGREN and DENISE SHOGREN, as Trustees of the SHOGREN LIVING TRUST dated February 2003; SHOGREN LIVING TRUST, a California Trust,<br><br>Plaintiffs,<br><br>v.<br><br>HEI NGUYEN dba PENINSULA DIESEL, A.K.A. PENINSULA DIESEL ENGINE; PENINSULA DIESEL, A.K.A. PENINSULA DIESEL ENGINE<br><br>Defendants. | Case No. 06-CV-02425-SC<br><br>**STIPULATION FOR DISMISSAL**<br><br>[FRCP 41(a)] |

NOW COME PLAINTIFFS ERIK SHOGREN, DAVID SHOGREN and DENISE SHOGREN, as Trustees of the SHOGREN LIVING TRUST dated February 2003 and Plaintiff SHOGREN LIVING TRUST, a California Trust and DEFENDANTS HEI NGUYEN dba PENINSULA DIESEL, A.K.A. PENINSULA DIESEL ENGINE; PENINSULA DIESEL, A.K.A. PENINSULA DIESEL ENGINE, and hereby stipulate to

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001

STIPULATION FOR DISMISSAL OF CASE                                                                 Case No.  CV-02425-SC

1

1  the dismissal of this matter with prejudice, pursuant to FRCP 41(a), each party to bear their

2  own costs and attorneys fees.

3

4

5  Dated: 10-6-06                    BIRNBERG & ASSOCIATES

6

7                                    By:  __/s/ Cory Birnberg____
                                         CORY A. BIRNBERG
                                         Attorneys for Plaintiffs
8                                        ERIK SHOGREN, DAVID SHOGREN and
                                         DENISE SHOGREN, as Trustees of the SHOGREN
9                                        LIVING TRUST dated February 2003; SHOGREN
                                         LIVING TRUST, a California Trust
10

11

12
    Dated:  10-06-06                   LAW OFFICES OF GEORGE W. NOWELL
13

14

15                                    By:  __/s/ John H. Cigavic III_____
                                         JOHN H. CIGAVIC III
16                                       Attorneys for defendants
                                         DEFENDANTS HAI NGUYEN dba PENINSULA
17                                       DIESEL, A.K.A PENINSULA DIESEL ENGINE;
                                         PENINSULA DIESEL, A.K.A. PENINSULA
18                                       DIESEL ENGINE

19

20

21

22                                   IT IS SO ORDERED
                                     [signature]
23                                   Judge Samuel Conti

24

25

26

27

28

BIRNBERG & ASSOCIATES
703 MARKET STREET
SUITE 600
SAN FRANCISCO
CA, 94103
TEL (415) 398-1040
FAX (415) 398-2001